IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LINDSEY BROWN                                                                          PLAINTIFF

V.                                        NO.  3:05CV00177 JWC

JO ANNE B. BARNHART,                                                                DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 27th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE